JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5830RBL |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| ANDREW CRABTREE, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 1
*United States v. Crabtree;* CR05-5830RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(8)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from January 30, 2006 to **April 24, 2006, at 9:00 am.** The resulting period of delay from January 30, 2006, to April 24, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pre-trial motions are due no later than **March 13, 2006.**

Pre-trial conference shall be on **April 19, 2006, at 9:00 a.m..**

IT IS SO ORDERED this 19th day of January, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Jerome Kuh*                              /s/ *Susan B. Dohrmann*

Jerome Kuh                                    Susan B. Dohrmann
Attorney for Defendant                        Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE            2
*United States v. Crabtree;* CR05-5830RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**